| | |
|---|---|
| 1 | **GIBSON, DUNN & CRUTCHER LLP** |
| 2 | ASHLEY E. JOHNSON |
|   | ajohnson@gibsondunn.com |
| 3 | 2001 Ross Avenue, Suite 2100 |
|   | Dallas, TX 75201 |
| 4 | Telephone:  214.698.3111 |
|   | Facsimile:  214.571.2949 |

LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

*Attorneys for Defendant Meta Platforms, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### NO. 5:23-CV-00509-BO

DAWN DYE, on behalf of herself and all others similarly situated,

        Plaintiff,

v.

META PLATFORMS, INC.,

        Defendant.

**DECLARATION OF DARCY C. HARRIS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

**ORAL ARGUMENT REQUESTED**

I, Darcy C. Harris, declare as follows:

1. I am an attorney admitted to practice law in the State of New York. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and I represent Meta Platforms, Inc. ("Meta") in the above-referenced action. I submit this declaration in support of Meta's Motion to Dismiss the Complaint. Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently to them.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Meta's Terms of Service dated July 26, 2022, downloaded from Meta's website at https://www.facebook.com/legal/terms/plain_text_terms.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Meta's Privacy Policy dated June 15, 2023, downloaded from Meta's website at https://mbasic.facebook.com/privacy/policy/printable/.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Meta's Cookies Policy dated November 2, 2023, downloaded from Meta's website at https://mbasic.facebook.com/privacy/policies/cookies/printable/.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Meta's Business Tools Terms dated April 25, 2023, downloaded from Meta's website at https://www.facebook.com/legal/terms/businesstools.

Executed this 1st day of December, 2023 in New York, New York.

          */s/ Darcy C. Harris*
          Darcy C. Harris