UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DAWN DYE, *on behalf of herself and all others similarly situated,* | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )     **JUDGMENT** |
| META PLATFORMS, INC., | )<br>)     5:23-CV-509-BO-BM |
| Defendant. | )<br>)<br>) |

**Decision by Court.**
This cause comes before the Court on defendant's motion to dismiss plaintiff's complaint. Plaintiff has responded, defendant has replied, and a hearing on the matter was held before the undersigned on March 21, 2024, at Raleigh, North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss [DE 15] is GRANTED. Plaintiff's complaint is hereby DISMISSED.

This case is closed.

**This judgment filed and entered on May 10, 2024, and served on:**
Eric Poulin (via CM/ECF Notice of Electronic Filing)
Blake Abbott (via CM/ECF Notice of Electronic Filing)
Stefan Bogdanovich (via CM/ECF Notice of Electronic Filing)
Lauren Goldman (via CM/ECF Notice of Electronic Filing)
Ashley Johnson (via CM/ECF Notice of Electronic Filing)
Clay Wheeler (via CM/ECF Notice of Electronic Filing)
Darcy Harris (via CM/ECF Notice of Electronic Filing)
Elizabeth McCloskey (via CM/ECF Notice of Electronic Filing)
Jonathan Bond (via CM/ECF Notice of Electronic Filing)
Matthew Martens (via CM/ECF Notice of Electronic Filing)

May 10, 2024

PETER A. MOORE, JR., CLERK

/s/ Lindsay Stouch
By: Deputy Clerk